IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00691-WYD-BNB

KIEFT BROS. WEST, INC., a Colorado corporation,

Plaintiff,

v.

COMMISSIONER OF THE INTERNAL REVENUE SERVICE,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The parties submitted a proposed scheduling order consistent with D.C.COLOLCivR App. F. This is not a normal civil action, however. Rather, it is a judicial review pursuant to 26 U.S.C. § 6330(d) of a determination by an appeals officer of a notice of levy. No discovery is necessary, and there will be no witnesses or experts or trial. Consequently, consistent with my discussions with counsel, I will establish a briefing schedule for the preparation of the briefs necessary to allow for the judicial review sought.

IT IS ORDERED that the following briefing schedule is established:

1. Plaintiff shall file its opening brief on or before **November 15, 2006**;

2. Defendant shall file is response on or before **December 15, 2006**; and

3. Plaintiff shall file its reply on or before **January 12, 2007**.

Dated August 10, 2006.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge